IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHEILA LAMB                                                                                    PLAINTIFF
*on behalf of*
Greg Lamb

V.                                              CASE NO. 3:08CV00042

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 31st day of March, 2009.

*Henry L. Jones, Jr.*
_____
UNITED STATES MAGISTRATE JUDGE